**MEMO ENDORSED**

**Davis Polk**

| | |
|---|---|
| New York | Paris |
| Northern California | Madrid |
| Washington DC | Hong Kong |
| São Paulo | Beijing |
| London | Tokyo |

**Paul S. Mishkin**

Davis Polk & Wardwell LLP  
450 Lexington Avenue  
New York, NY 10017

212 450 4292 tel  
paul.mishkin@davispolk.com

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 8/28/2020

August 27, 2020

<u>Via ECF</u>

The Honorable Valerie E. Caproni  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re:   *Valelly v. Merrill Lynch, Pierce, Fenner & Smith Inc.*, No. 19-cv-07998 (VEC)

Dear Judge Caproni:

      Plaintiff Sarah Valelly ("Ms. Valelly") and Defendant Merrill Lynch, Pierce, Fenner & Smith Inc. ("Merrill Lynch") jointly file this letter motion requesting that certain exhibits be filed under seal.

      Pursuant to Rule 5(B)(ii) of the Court's Individual Practices in Civil Cases, we respectfully request permission to file under seal Exhibits C and D to the Declaration of Paul S. Mishkin in Support of Merrill Lynch's Memorandum of Law in Opposition to Plaintiff's Motion for Leave to Amend Her Class Action Complaint ("Mishkin Declaration").  These exhibits are several of Ms. Valelly's account statements from Merrill Lynch, which contain Ms. Valelly's account numbers, personal information, and asset information.  As recognized in *Lugosch v. Pyramid Co. of Onondaga*, there are "countervailing factors" to the presumption of access including "the privacy interests of those resisting disclosure."  435 F.3d 110, 120 (2d Cir. 2006) (quoting *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995)).  Such privacy interests are present here.  *See In re Hornbeam Corp.*, No. 14-MC-424, 2017 WL 5515857, at *5 (S.D.N.Y. Feb. 17 2017) (bank records that reveal confidential information may be filed under seal).

      Consistent with Rule 5(B)(iii)(d) of the Court's Individual Practices in Civil Cases, Merrill Lynch will file a copy of Exhibits C and D to the Mishkin Declaration under seal on ECF.

Respectfully submitted,

The Honorable Valerie E. Caproni                    2                         August 27, 2020

WOLF POPPER LLP

/s/ *Robert C. Finkel*
Robert C. Finkel
Adam J. Blander
845 Third Avenue
New York, NY 10022
Telephone: 212.759.4600
rfinkel@wolfpopper.com

*Attorneys for Plaintiff and the Putative Classes*

DAVIS POLK & WARDWELL LLP

/s/ *Paul S. Mishkin*
Paul S. Mishkin
Lara Samet Buchwald
Alexa B. Lutchen
450 Lexington Avenue
New York, NY 10017
Telephone:  212.450.4292
Facsimile:  212.701.5292
paul.mishkin@davispolk.com

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated*

> Application GRANTED in part. Defendant must file Exhibits C and D publicly but may redact any personal information.  Defendants may file the unredacted exhibits under seal.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

8/28/2020