USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SARAH VALELLY, on behalf of herself,          :
individually, and on behalf of all others similarly-   :
situated,                                                          :
                                                                      :
                                          Plaintiff,            :          19-CV-7998 (VEC)
                                                                      :
                     -against-                                 :          ORDER
                                                                      :
                                                                      :
MERRILL LYNCH, PIERCE, FENNER &       :
SMITH INC.,                                                   :
                                                                      :
                                          Defendant.        :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a telephonic pretrial conference was scheduled for January 21, 2022 at 10:00

a.m., *see* Dkts. 72, 78; and

WHEREAS Plaintiff's counsel was unable to connect to the call;

IT IS HEREBY ORDERED that the pretrial conference is rescheduled for **January 28,**

**2022 at 11:00 a.m.**  The parties should appear for the conference by dialing 888-363-4749, using

the access code 3121171 and the security code 7998.


**SO ORDERED.**

**Date:  January 21, 2022**                              VALERIE CAPRONI
     **New York, New York**                        **United States District Judge**