```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SARAH VALELLY, on behalf of herself,                         :
individually, and on behalf of all others similarly-         :
situated,                                                    :
                                                             :
                              Plaintiff,                     :     19-CV-7998 (VEC)
                                                             :
               -against-                                     :     ORDER
                                                             :
MERRILL LYNCH, PIERCE, FENNER &                              :
SMITH INC.,                                                  :
                                                             :
                              Defendant.                     :
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2022

VALERIE CAPRONI, United States District Judge:

WHEREAS a pretrial conference was held on January 28, 2022 at 11:00 a.m., *see* Dkt. 79;

IT IS HEREBY ORDERED that the parties must confer regarding their prospects for settlement and notify the Court, by way of joint letter, if they would like a referral to Magistrate Judge Wang for a settlement conference. In that letter, the parties must also indicate whether they want to stay the below class certification motion schedule pending settlement discussions.

IT IS FURTHER ORDERED that, if the parties do not move forward with a settlement conference, Plaintiff's motion for class certification is due by **March 4, 2022**. If, after Plaintiff files her motion, Defendant believes it needs expert discovery in order to respond, Defendant should notify the Court. Otherwise, Defendant's opposition is due **April 1, 2022**, and Plaintiff's reply is due **April 15, 2022**.

**SO ORDERED.**

Date: January 28, 2022
      New York, New York

**VALERIE CAPRONI**
**United States District Judge**