```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SARAH VALELLY, on behalf of herself,              :
individually, and on behalf of all others similarly-  :
situated,                                         :
                                                  :
                                    Plaintiff,      :       19-CV-7998 (VEC)
                                                  :
                 -against-           :       ORDER
                                                  :
MERRILL LYNCH, PIERCE, FENNER &                   :
SMITH INC.,                                       :
                                                  :
                                 Defendant.   :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff's motion for class certification has been fully submitted as of July 12, 2022, *see* Dkts. 91, 110, 126; and

WHEREAS Defendant's *Daubert* motion to exclude Plaintiff's expert witness has been fully submitted as of August 10, 2022, *see* Dkts. 112, 130, 139;

IT IS HEREBY ORDERED that Plaintiff's motion for class certification is DISMISSED without prejudice to resubmit the motion after the Court decides Defendant's *Daubert* motion.

**SO ORDERED.**

Date: **August 17, 2022**
       **New York, New York**

                                                          **VALERIE CAPRONI**
                                                 **United States District Judge**