# WOLFPOPPER

**MEMO ENDORSED**

845 Third Avenue
New York, NY 10022
212-451-9620
rfinkel@wolfpopper.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/24/2023
```

March 23, 2023

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Sarah Valelly v. Merrill Lynch, Pierce, Fenner & Smith Incorporated,*
              **No. 19-cv-07998 (VEC)**

Dear Judge Caproni:

      Plaintiff respectfully requests an extension until next Tuesday, March 28, 2023 for the parties to submit the joint letter proposing a briefing schedule on Plaintiff's class certification motion and Defendant's motion for summary judgment, as set forth on page 21 of Your Honor's March 21, 2023 Opinion & Order. Plaintiff's counsel needs the additional time to evaluate Your Honor's Opinion, and to consult with Ms. Valelly and Dr. Officer with respect to the Opinion. This is the first such request for an extension of the March 21, 2023 date. Defendant does not oppose the request.

      Separately, defense counsel has advised us that they will be outside of New York on March 31, 2023 and request that the March 31, 2023 status conference be conducted by video or audio conference. Plaintiff does not oppose the request. Alternatively, all counsel are available for an in-person conference on April 5 or 6 until 3 p.m. and on April 7 from 1 p.m. to 3 p.m.

      Respectfully submitted,

      s/ Robert C. Finkel

      Robert C. Finkel

RCF:rd
cc: All Counsel by ECF

New York  |  Puerto Rico  |  Texas  |  Illinois  |  Massachusetts

Application GRANTED.  The deadline for the parties' proposed briefing schedules on Defendant's motion for summary judgment and Plaintiff's motion for class certification is ADJOURNED to **March 28, 2023**.  The status conference scheduled for March 31, 2023, is hereby ADJOURNED to **April 7, 2023 at 2:30 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*[signature]*  Date: 3/24/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE