**WOLFPOPPER**

845 Third Avenue
New York, NY 10022
212-451-9620
rfinkel@wolfpopper.com

**MEMO ENDORSED**

April 3, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

**By ECF**

Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Sarah Valelly v. Merrill Lynch, Pierce, Fenner & Smith Incorporated*,
            No. 19-cv-07998 (VEC)

Dear Judge Caproni:

      Plaintiff Sarah Valelly and Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated jointly file this letter motion to seal and/or redact confidential information, in accordance with the dates and procedures identified below, which are intended to supplement Rule 5(B) of the Court's Individual Practices in Civil Cases.

      Plaintiff anticipates filing her motion for reconsideration and clarification tomorrow, April 4, 2023. These papers will be referencing materials that Defendant and Bank of America, N.A. (also represented by defense counsel) designated as confidential or highly confidential under the governing protective order. Similar to the approach that that the parties and the Court took in connection with the *Daubert* and class certification briefing, to minimize the number of court filings and disputes regarding confidentiality that the Court will need to resolve, and to allow defense counsel sufficient time to confer with their client about proposed redactions, the parties propose as follows:

- Plaintiff will serve, on ECF, a sealed version of her motion papers, by April 4, 2023. That motion will be deemed filed pursuant to this Court's local rules.

- The parties will meet and confer within two days after service to discuss the need to redact or seal any portions of her papers.

- Unless Defendant agrees that there is no need for sealing or redaction and that Plaintiff's papers may be viewed publicly, Defendant will provide Plaintiff with proposed redacted copies of Plaintiff's under-seal filings for Plaintiff to file on ECF.

- On April 11, 2023, Plaintiff will file the redacted and/or public versions of the papers, and the parties will file a joint letter pursuant to Rule 5B.iii of Your Honor's Individual Rules reflecting the parties' respective positions on whether the material should be sealed or redacted.

WOLFPOPPER

Honorable Valerie E. Caproni
April 3, 2023
Page 2

The parties thank the Court for its attention to this matter.

Respectfully submitted,

| WOLF POPPER LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| /s/ Robert C. Finkel | /s/ Lara Samet Buchwald |
| Robert C. Finkel | Paul S. Mishkin |
| Adam J. Blander | Lara Samet Buchwald |
| Philip M. Black | Cristina M. Rincon |
| 845 Third Avenue | 450 Lexington Avenue |
| New York, N.Y. 10022 | New York, N.Y. 10017 |
| Tel: 212.759.4600 | Tel: 212.4450.4000 |
| ***Attorneys for the Plaintiff and the Putative Class*** | ***Attorneys for Defendant Merrill Lynch, Fenner & Smith Incorporated*** |

CC:   All counsel of record (via ECF)

---

Application GRANTED.

SO ORDERED.

*[Signature: Valerie Caproni]*   Date: 4/6/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE