```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SARAH VALELLY, on behalf of herself, :
individually, and on behalf of all others similarly- :
situated, :
:
                              Plaintiff, :    19-CV-7998 (VEC)
:
      -against- :    <u>ORDER</u>
:
:
MERRILL LYNCH, PIERCE, FENNER & :
SMITH INC., :
:
                            Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the status conference scheduled for Friday, April 7, 2023, will take place at 2:00 p.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date: April 6, 2023**
      **New York, New York**

                                                    **VALERIE CAPRONI**
                                                 **United States District Judge**