```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SARAH VALELLY, on behalf of herself, :
individually, and on behalf of all others similarly- :
situated, :
 :
                              Plaintiff, :        19-CV-7998 (VEC)
 :
          -against- :        <u>ORDER</u>
 :
MERRILL LYNCH, PIERCE, FENNER & :
SMITH INC., :
 :
                            Defendant. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 7, 2023, the parties appeared before the Undersigned for a status conference.

       IT IS HEREBY ORDERED that, as discussed at the conference, all deadlines associated with Plaintiff's anticipated class certification motion are TERMINATED.

       IT IS FURTHER ORDERED that by no later than **April 14, 2023**, the parties must submit a joint letter setting out an agreed-upon schedule for expert discovery and any anticipated motion(s) for summary judgment.

       IT IS FURTHER ORDERED that Defendant's deadline to oppose Plaintiff's motion for reconsideration, Dkt. 159, is **May 2, 2023**; Plaintiff's reply is due by no later than **May 26, 2023**.

**SO ORDERED.**

Date: April 7, 2023
       New York, New York

                                                          **VALERIE CAPRONI**
                                                   **United States District Judge**