```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SARAH VALELLY, on behalf of herself, :
individually, and on behalf of all others similarly- :
situated, :
 :
                              Plaintiff,  :      19-CV-7998 (VEC)
 :
         -against-                    :        <u>ORDER</u>
 :
MERRILL LYNCH, PIERCE, FENNER & :
SMITH INC., :
 :
                              Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on September 15, 2023, Defendant moved for summary judgment., *see* Dkt. 191, and to exclude the opinions of Plaintiff's proposed expert, *see* Dkt. 201;

       WHEREAS on September 15, 2023, Plaintiff cross-moved for partial summary judgment and to exclude the opinions of Defendant's expert, *see* Dkt. 192; and

       WHEREAS on October 5, 2023, Defendant moved to strike additional analyses of Plaintiff's proposed expert, *see* Dkt. 211.

       IT IS HEREBY ORDERED that Defendant's and Plaintiff's motions for summary judgment are hereby DISMISSED without prejudice.

       IT IS FURTHER ORDERED that a status conference in this matter will be held on **Thursday, October 26, 2023, at 2:15 p.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       IT IS FURTHER ORDERED that all deadlines are STAYED through October 26, 2023.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to terminate the open motions at docket entries 191, 192, and 201.

**SO ORDERED.**

Date: October 10, 2023
      New York, New York

**VALERIE CAPRONI**
**United States District Judge**