USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
SARAH VALELLY, on behalf of herself, individually, and on behalf of all others similarly-situated,

                                   Plaintiff,

               -against-

MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,

                                   Defendant.
---------------------------------------------------------------- X

19-CV-7998 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties were originally scheduled to appear for a status conference on **Thursday, October 26, 2023**, at **2:10 P.M.**. *See* Dkt. 213.

IT IS HEREBY ORDERED that a status conference in this matter will be held on **Thursday, November 16, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

**Date:   October 19, 2023**
       **New York, New York**

                                                            **VALERIE CAPRONI**
                                                             **United States District Judge**