**Davis Polk**

Lara Samet Buchwald
+1 212 450 4351
lara.buchwald@davispolk.com
davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017



MEMO ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2025
```

October 20, 2025

Honorable Valerie E. Caproni
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Valelly v. Merrill Lynch, Pierce, Fenner & Smith Incorporated*,
<u>Case No. 1:19-cv-07998 (VEC)</u>

Dear Judge Caproni:

Pursuant to Rule 5.B of the Court's Individual Practices in Civil Cases and the August 6, 2025 Order approving the parties' proposed sealing procedures (ECF No. 304), Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill" or "Defendant") moves for leave to file in redacted form certain exhibits to Plaintiff's Reply Memorandum of Law in Further Support of Motion for Class Certification (the "Reply").

This letter motion follows a meet and confer process, where defense counsel advised Plaintiff that it wishes to redact certain information in the aforementioned papers that Merrill has designated as confidential or highly confidential under the governing protective order (referred to herein as "the Relevant Material").

The positions of the parties are set forth below.

**<u>Merrill's Position</u>**

Merrill seeks to redact certain confidential personally identifiable information referenced in Exhibits B, C, and D to the Reply. These exhibits are email exchanges between Plaintiff and two Merrill financial advisors, containing the financial advisors' Nationwide Mortgage Licensing System IDs, email addresses, and phone numbers, which Merrill seeks to redact.

As recognized in *Lugosch v. Pyramid Co. of Onondaga*, there are "countervailing factors" to the presumption of access including "the privacy interests of those resisting disclosure." 435 F.3d 110, 120 (2d Cir. 2006) (quoting *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995)). Such privacy interests are present here. Merrill has not sought to redact the Reply Memorandum or the substance of the exhibits. Instead, it seeks to redact the personally identifiable information of its employees in light of the substantial privacy interests of non-parties and the absence of any relevance of such information to the adjudication of the class certification briefing or the litigation as a whole. *See, e.g.*, *Cohen v. Gerson Lehrman Grp., Inc.*, No. 09-cv-4352 (PKC), 2011 WL 4336679, at *2 (S.D.N.Y. Sept. 15, 2011) (permitting redaction of "individual contact information, such as e-mail addresses, home addresses and phone numbers," because "[s]uch information is not at issue in this dispute and the individuals have a countervailing privacy interest in their non-disclosure"); *Kewazinga Corp. v. Microsoft Corp.*, No. 18-cv-4500 (GHW), 2021 WL 1222122, at *5 (S.D.N.Y. Mar. 31, 2021) (permitting redaction of employees' e-mail addresses because "[t]he personal information of non-parties, including e-mail addresses, is not relevant to the adjudication of the motions at hand"); *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, No. 14-mc-2542 (VSB), 2023 WL 196134, at *10 (S.D.N.Y. Jan. 17, 2023) (permitting redaction of employees' phone numbers and email addresses), *reconsideration denied*, No. 14-mc-2542 (VSB), 2023 WL 3966703 (S.D.N.Y. June 13, 2023).

**Davis Polk**   Honorable Valerie E. Caproni

**Plaintiff's Position**

Plaintiff is skeptical of the proposition that the information at issue must be redacted. However, as the information appears irrelevant to the substance of the litigation, Plaintiff takes no position on Merrill's request.

*   *   *

| Relevant Material | Merrill's Proposal and its Basis |
|---|---|
| Plaintiff Ex. B | Portions of this document should be redacted because it contains personally identifiable information related to a Merrill financial advisor's Nationwide Mortgage Licensing System ID, email address, and phone numbers. |
| Plaintiff Ex. C | Portions of this document should be redacted because it contains personally identifiable information related to a Merrill financial advisor's Nationwide Mortgage Licensing System ID, email address, and phone number. |
| Plaintiff Ex. D | Portions of this document should be redacted because it contains personally identifiable information related to a Merrill financial advisor's Nationwide Mortgage Licensing System ID, email address, and phone numbers. |

The parties thank the Court for its attention to this matter.

Respectfully submitted,

**WOLF POPPER LLP**

/s/ Adam J. Blander
Robert C. Finkel
Adam J. Blander
Philip M. Black
Antoinette Adesanya
Emer C. Burke
845 Third Avenue
New York, New York 10022
Tel.: 212.759.4600

*Attorneys for Plaintiff and the Putative Class*

**DAVIS POLK & WARDWELL LLP**

/s/ Lara Samet Buchwald
Lara Samet Buchwald
Cristina M. Rincon
Chui-Lai Cheung
450 Lexington Avenue
New York, New York 10017
Tel.: 212.450.4000

*Attorneys for Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated and Non-party Bank of America, N.A.*

cc:     All counsel of record (via ECF)

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

10/21/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE