UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
SARAH VALELLY, on behalf of herself,                    :
individually, and on behalf of all others similarly-    :
situated,                                               :
                                                        :
                                    Plaintiff,          :          19-CV-7998 (VEC)
                                                        :
                    -against-                           :          ORDER
                                                        :
                                                        :
MERRILL LYNCH, PIERCE, FENNER &                         :
SMITH INC.,                                             :
                                                        :
                                    Defendant.          :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 27, 2026, the parties appeared for a status conference;

WHEREAS at the March 27, 2026, conference, the Court addressed orally Defendant's

Motion for Clarification, Dkt. 326; and

WHEREAS on April 1, 2026, Defendant, consistent with the Court's directive at the

March 27, 2026, conference, confirmed its availability for trial during the week of October 13 to

16, 2026, and on October 19 and 20, 2026, *see* Dkt. 337.

IT IS HEREBY ORDERED that Defendant's Motion for Clarification is resolved.  The

Clerk of Court is respectfully directed to terminate the open motion at Dkt. 326.

IT IS FURTHER ORDERED that motions *in limine* are due **Friday, April 17, 2026**.

Responses are due **Friday, May 1, 2026**.  Replies to the motions *in limine* are not permitted.

The parties' joint pretrial order and proposed *voir dire* questions are due **Friday, May 22, 2026**.

The final pretrial conference will take place on **Thursday, October 8, 2026, at 10:30 A.M.** in

Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New

York, 10007.  Trial will begin on **Tuesday, October 13, 2026, at 10:00 A.M.** in Courtroom

20C, Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007.

The parties are directed to review Rule 8 of the Undersigned's Individual Practices in

Civil Cases regarding trial procedures.


**SO ORDERED.**

**Date:  April 1, 2026**                                       _____
**New York, New York**                              **VALERIE CAPRONI**
                                                                        **United States District Judge**


2