UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

SARAH VALELLY, on behalf of herself,  :
individually, and on behalf of all others similarly-  :
situated,  :
      :
                   Plaintiff,  :          19-CV-7998 (VEC)
      :
         -against-  :           ORDER
      :
      :
MERRILL LYNCH, PIERCE, FENNER &  :
SMITH INC.,  :
      :
                  Defendant.  :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

The parties should be aware that the Undersigned is friendly with Greg Andres, who recently entered an appearance as counsel for Defendant. The Undersigned and Mr. Andres have visited each other's homes socially on a couple of occasions.  The Court does not regard these facts as a basis for recusal.  *See, e.g., Wiltshire v. Williams*, No. 10-CV-6947, 2012 WL 899383, at \*3 (S.D.N.Y. Mar. 16, 2012) (noting that "a judge's acquaintance with . . . an attorney . . . without some factual basis for inferring bias or prejudice, is not sufficient to warrant recusal"). Any party that does consider these facts to be a basis for recusal must file a letter explaining its position by **Tuesday, May 12, 2026**.

**SO ORDERED.**

**Date:  May 5, 2026**
     **New York, New York**

                                  **VALERIE CAPRONI**
                             **United States District Judge**