UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SARAH VALELLY, on behalf of herself,    :
individually, and on behalf of all others similarly-   :
situated,    :

                             :

                    Plaintiff,   :        19-CV-7998 (VEC)

                             :

          -against-     :          ORDER

                             :

                             :

MERRILL LYNCH, PIERCE, FENNER &   :
SMITH INC.,    :

                             :

                Defendant.   :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the parties must appear for oral argument on the motions

*in limine* on **Thursday, May 28, 2026, at 10:30 A.M.** in Courtroom 20C of the Daniel Patrick

Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties' deadline to file a joint pretrial order and

proposed *voir dire* questions is ADJOURNED *sine die*.  A new date will be set on May 28

following oral argument.

**SO ORDERED.**

**Date:  May 13, 2026**
      **New York, New York**                  **VALERIE CAPRONI**
                                    **United States District Judge**