UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

SARAH VALELLY, on behalf of herself,      :
individually, and on behalf of all others similarly-   :
situated,      :
     :
                     Plaintiff,    :         19-CV-7998 (VEC)
     :
         -against-          :            ORDER
     :
     :
MERRILL LYNCH, PIERCE, FENNER &    :
SMITH INC.,      :
     :
                  Defendant.   :

------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on May 28, 2026, the parties appeared for oral argument on the motions *in limine*;

WHEREAS at oral argument, the Court rendered decisions as to all of the motions in *limine* except (1) Defendant's motion to preclude Plaintiff from presenting opinions that RASP is unreasonable because Defendant sweeps to an affiliate, and (2) Plaintiff's motion to preclude Defendant from presenting an affirmative defense that Plaintiff and the class failed to mitigate damages; and

WHEREAS at oral argument, the Court solicited the parties' views as to whether the trial should be bifurcated into separate phases for liability, on one hand, and damages, on the other.

IT IS HEREBY ORDERED that, not later than **Friday, June 5, 2026**, (i) Plaintiff may file a brief explaining why she believes bifurcation is inappropriate and (ii) Defendant may file a brief explaining further the legal bases and factual predicates underpinning its proposed mitigation of damages affirmative defense in light of the Court's questions at the May 28, 2026, conference. Responses are due **Friday, June 12, 2026**, and replies are due **Wednesday, June**

**17, 2026**.  The parties are encouraged to exercise discretion with respect to the length of their briefs and to avoid rehashing arguments already made in the briefing on the motions *in limine* and at the May 28, 2026, conference.

IT IS FURTHER ORDERED that the parties' deadlines to file the joint pretrial order and proposed *voir dire* questions remain adjourned *sine die*.  The Court will set revised deadlines for these filings when it rules on the bifurcation issue and the outstanding motions *in limine*.

**SO ORDERED.**

**Date:  May 28, 2026**
            **New York, New York**

**VALERIE CAPRONI**
**United States District Judge**

2