UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SARAH VALELLY, on behalf of herself, individually, and on behalf of all others similarly-situated,<br><br>Plaintiff,<br><br>-against-<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INC.,<br><br>Defendant. | : | 19-CV-7998 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS trial is scheduled to commence in this matter on October 13, 2026; and

WHEREAS a conflict with the trial date has arisen on the Court's calendar.

IT IS HEREBY ORDERED that the parties confer and communicate to the Court by joint letter not later than **Friday, July 31, 2026**, their preference among the following options:

1) Trial will commence with jury selection on October 13, 2026, but the Court will sit for only a half day of testimony in the morning of October 14, 2026, and will not sit at all on October 15, 2026;
2) Trial will commence with jury selection on October 13, 2026, and testimony will be heard beginning on October 19, 2026;
3) The current trial date will be adjourned to, and jury selection will begin on, October 19, 2026; or
4) Trial will commence on a later date that is mutually agreeable to the Parties. If the Parties elect this option, they are to provide the Court with at least **three** mutually convenient Mondays on which to start trial.

**SO ORDERED.**

**Date: July 24, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**