UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SARAH VALELLY, on behalf of herself, individually, and on behalf of all others similarly-situated, Plaintiff, | : | 19-CV-7998 (VEC) |
| -against- | : | <u>ORDER</u> |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INC., Defendant. | : | |

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 6, 2026, the Parties informed the Court that they have executed a binding term sheet settling all claims in this action.

IT IS HEREBY ORDERED that the final pretrial conference currently scheduled for **Thursday, October 8, 2026,** is CANCELLED.

IT IS FURTHER ORDERED that the trial currently scheduled to begin in this matter on **Tuesday, October 13, 2026,** is CANCELLED.

IT IS FURTHER ORDERED that the Parties must file their motion for preliminary approval of the class action settlement pursuant to Federal Rule of Civil Procedure 23(e) not later than **Friday, September 18, 2026**. A hearing on preliminary approvement of the settlement will be set upon receipt of the Parties' motion.

**SO ORDERED.**

**Date: September 8, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**