**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SARAH VALELLY, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>Defendant. | Case No. 19-cv-07998-VEC |

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, (II) APPROVAL OF NOTICE TO THE CLASS AND (III) SCHEDULING OF A FINAL APPROVAL HEARING**

PLEASE TAKE NOTICE that on a date and time to be set by the Court, in Courtroom 20C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,. New York, NY, 10007, Plaintiff Sarah Valelly,[1] on her own behalf and on behalf of the Certified Class, and through her undersigned counsel, will move this Court pursuant to Rule 23 of the Federal Rules of Civil Procedure for an Order: (a) preliminarily approving the proposed class action Settlement; (b) approving the proposed form of the Long-Form Notice, the Postcard Notice, the Email Notice, and the Summary Notice, (c) approving the proposed methods of disseminating the Notices to the Class; (d) approving JND Legal Administratrion as Administrator; (e) setting a schedule for Class Members (or any other Person with standing to be heard) to submit objections to the Settlement (if any), for Persons falling within the definition of the Certified Class to be given an additional opportunity to opt-out of the Settlement, and for the Court to hold a Settlement Hearing; and (f)

[1] All capitalized terms not otherwise defined herein have the same meanings as set forth in the Stipulation of Settlement dated September 30, 2026 (the "Stipulation"), filed herewith.

such other and further relief as the Court deems just and proper. A proposed Preliminary Approval Order is attached to the Stipulation and also submitted individualy herewith.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff submits the accompanying supporting memorandum of law and Declaration of Robert C. Finkel filed herewith; the Stipulation and exhibits thereto; and filed herewith; and relies on all other filings in the above captioned matter.

Dated: September 30, 2026

Respectfully submitted,

**WOLF POPPER LLP**

By: */s/ Robert C. Finkel*
Robert C. Finkel
rfinkel@wolfpopper.com
Adam J. Blander
ablander@wolfpopper.com
Emer Burke
eburke@wolfpopper.com
570 Lexington Avenue
New York, New York 10022
(212) 759-4600

*Attorneys for Plaintiff and Class Counsel*